IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00877-REB-CBS

MARGARET MADDEN,

                        Plaintiff,

v.

GYNECARE WORLDWIDE, a division of Ethicon, Inc., New Jersey Corporation
ETHICON, INC a New Jersey Corporation
JOHNSON & JOHNSON COMPANY, a Delaware Corporation
LIFECORE BIOMEDICAL, INC., a Minnesota Corporation,

                        Defendants.

## STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

Pursuant to D.C.COLO.LCivR 6.1(A), Defendant Lifecore Biomedical, Inc. ("Lifecore") and Plaintiff Margaret Madden, through counsel, stipulate that Lifecore shall have an extension of time to respond to Plaintiff's Complaint and Jury Demand up to and including September 24, 2007. In support of this Stipulation, the Parties state as follows:

    1.    Lifecore was served with Plaintiff's Complaint and Jury Demand on August 22, 2007.

    2.    Pursuant to Fed. R. Civ. P. 12(1)(a), Lifecore's response is currently due September 11, 2007.

    3.    Lifecore has not sought a prior extension of time to respond.

    4.    This stipulated extension will not affect a date or deadline established by court order.

WHEREFORE, the Parties hereby stipulate that Defendant Lifecore Biomedical, Inc. shall have an extension of time to respond to Plaintiff Margaret Madden's Complaint and Jury Demand, up to and including September 24, 2007.

Submitted this 7th day of September 2007.

s/ Charles L. Casteel
Charles L. Casteel
Thomas H. Wagner
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202
Telephone:  303.892.9400
Facsimile:  303.893.1379
E-mail:  charles.casteel@dgslaw.com
         tom.wagner@dgslaw.com

Attorneys for Lifecore Biomedical, Inc.

/s James R. True
James R. True
215 S. Monarch, #102
Aspen, Colorado 81661
Telephone:  970.925.1202
Facsimile:  970.925.3902
E-mail:  true0489@aol.com

Attorney for Plaintiff Margaret Madden

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

True0489@aol.com

and I hereby certify that I have mailed or served the document on the following non-CM/ECF participant by U.S. Mail:

Dennis J. Allingham
President &CEO
Lifecore Biomedical, Inc.
3515 Lyman Blvd.
Chaska, MN 55318

           s/ Charles L. Casteel
           Charles L. Casteel
           DAVIS GRAHAM & STUBBS LLP
           1550 17th Street, Suite 500
           Denver, CO 80202
           Telephone: 303.892.9400
           Facsimile: 303.893.1379
           E-mail: charles.casteel@dgslaw.com