**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 07-cv-00877-REB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** November 15, 2007 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| MARGARET MADDEN, | James R. True, via telephone |
| **Plaintiff,** | |
| v. | |
| GYNECARE WORLDWIDE, *et al.*, | Marilyn S. Chappell |
| | Charles L. Casteel |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:    MOTIONS HEARING/SCHEDULING CONFERENCE**
**Court in session:        10:48 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:    The Unopposed Motion to Bifurcate Pretrial Proceedings Pursuant to Fed. R. Civ. P. 29 [filed October 30, 2007; doc. 20] is granted for the reasons stated on the record.**

Counsel discuss the status of the case with the court.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:        10:57 a.m.**
Total time in court:        00:09