IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00877-REB-KMT

MARGARET MADDEN,

    Plaintiff,

v.

GYNECARE WORLDWIDE, a division of Ethicon, Inc., a New Jersey corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON COMPANY, a Delaware corporation, and
LIFECORE BIOMEDICAL, INC., a Minnesota corporation,

    Defendants.

## ORDER

    This matter is before the court on defendants' "Unopposed Motion to Clarify or Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" [Doc. No. 39, filed June 3, 2008].

    On April 22, 2008, this Court issued an Order setting a Scheduling Conference on July 1, 2008. [Doc. No. 36]. Having received this case on re-assignment from Magistrate Judge Craig Shaffer, was unclear to the court the full dimensions of Magistrate Judge Shaffer's November 15, 2007 Order. It appears from the parties' filing, that all counsel agree Judge Shaffer's Order was, in effect, a stay of all discovery other than that directed to the issue of the statute of

limitations issue until such time as motion(s) for summary judgment on those issues were filed and resolved.

The defendants filed their Motion for Summary Judgment on the statute of limitations issues on May 16, 2008. The plaintiff's response is due June 6, 2008. The motion is not yet fully briefed nor is it ripe or review by the district court.

Therefore it is hereby ORDERED:

1. The defendants' Unopposed Motion to Clarify or Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting [Doc. No. 39] is GRANTED.

2. The Court's April 22, 2008 Order setting a Scheduling Conference [Doc. No. 36] is hereby VACATED and all deadlines and other settings contained therein repealed.

3. Further discovery in this matter is STAYED pending the resolution of defendant's Motion for Summary Judgment on Statute of Limitations Defense [Doc. No. 37]. The parties are directed to file a status report within five business days of the court's ruling on this motion, or on September 30, 2008, whichever first occurs.

Dated this 5th day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge