IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00877-REB-CBS

MARGARET MADDEN,

    Plaintiff,

v.

GYNECARE WORLDWIDE, a division of Ethicon, Inc., a New Jersey corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON COMPANY, a Delaware corporation, and
LIFECORE BIOMEDICAL, INC., a Minnesota corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation For Dismissal With Prejudice** [#46] filed October 1, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#46] filed October 1, 2008, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 1, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**